IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEVEN SCHRAGE,<br><br>             Plaintiff,<br><br>   v.<br><br>COMMISSION ON SECURITY & COOPERATION IN EUROPE,<br><br>             Defendant. | Civil Action No. 1:24-cv-03600-TJK |

### **JOINT REQUEST TO RESCHEDULE INITIAL SCHEDULING CONFERENCE**

Plaintiff Steven Schrage ("Plaintiff" or "Mr. Schrage") and Defendant the Commission on Security & Cooperation in Europe ("Defendant" or the "Commission"), (together, the "Parties"), by and through their respective counsel, hereby submit the following joint request to reschedule the initial scheduling conference set by the Court in this matter:

1. On April 8, 2025, the Court entered a Minute Order setting an initial scheduling conference for May 6, 2025, at 2:30 p.m. via teleconference.

2. On April 11, 2025, Counsel for the Parties met and conferred regarding the scheduling conference and determined that neither Party is available on May 6, 2025 due to work-related conflicts.

3. The Parties request that the Court reschedule the initial conference for one of the following first available dates shared by counsel for the Parties: May 27, May 28, or May 30, 2025.

4. The Parties are happy to provide additional later alternative dates at the Court's request.

\*     \*     \*

WHEREFORE, the Parties respectfully request that the Court reschedule the initial scheduling conference currently set for May 6, 2025, 2:30 p.m., to one of the later dates specified herein on which counsel for the Parties are available to participate.

Dated: April 11, 2025

| FEDERAL PRACTICE GROUP, LLP | MORGAN, LEWIS & BOCKIUS LLP |
|---|---|
| By: */s/ Debra D'Agostino*<br>Debra D'Agostino<br>D.C. Bar No. 481942<br>801 17th Street, N.W., Suite 250<br>Washington, D.C. 20006<br>Tel: (202) 862-4360/Fax: (888) 899-6053<br>ddagostino@fedpractice.com<br><br>*Attorney for Plaintiff* | By: */s/ Lincoln O. Bisbee*<br>Lincoln O. Bisbee<br>1111 Pennsylvania Avenue, N.W.<br>Washington, DC 20004<br>Tel: (202) 739-3000<br>Fax: (202) 739-3001<br>lincoln.bisbee@morganlewis.com<br><br>John Paul Guyette<br>Imani D. Gunn<br>101 Park Avenue<br>New York, NY 10178-0060<br>Tel: (212) 309-6000<br>Fax: (212) 309-6001<br>john.guyette@morganlewis.com<br>imani.gunn@morganlewis.com<br><br>*Attorneys for Defendant* |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on April 11, 2025 I caused to be served a true and correct copy of the foregoing on the following counsel of record through the Court's CM/ECF system:

Debra D'Agostino
D.C. Bar No. 481942
Federal Practice Group, LLP
801 17th Street, N.W., Suite 250
Washington, D.C. 20006
Tel: (202) 862-4360/Fax: (888) 899-6053
ddagostino@fedpractice.com
*Counsel for Plaintiff*

*/s/ Lincoln O. Bisbee*
Lincoln O. Bisbee, Esq.