AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| STEVEN SCHRAGE | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:24-cv-03600 |
| COMM'N ON SEC. & COOP. IN EUROPE | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

The Commission on Security & Cooperation in Europe.

Date: 05/27/2025

*Attorney's signature*

Stephen K. Dixon (Bar No. 1034267)
*Printed name and bar number*

1111 Pennsylvania Ave. NW
Washington, DC 20004
*Address*

stephen.dixon@morganlewis.com
*E-mail address*

(202) 739-3000
*Telephone number*

(202) 739-3001
*FAX number*