UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEVEN SCHRAGE, <br><br> *Plaintiff*, <br><br> v. <br><br> COMMISSION ON SECURITY & COOPERATION IN EUROPE, <br><br> *Defendant*. | Civil Action No. 24-cv-3600 (TJK) |

## SCHEDULING ORDER

Pursuant to the Initial Scheduling Conference held today, May 28, 2025, and the Meet and Confer Report submitted pursuant to Fed. R. Civ. P. 26(f) and LCvR 16.3 (ECF No. 13), the Court hereby **ORDERS** that the following schedule shall govern further proceedings:

1. The parties shall file any motions to join additional parties or to amend the pleadings by May 30, 2025;

2. Discovery shall close on May 31, 2026, and;

3. A post-discovery status conference is scheduled for June 2, 2026, at 9:30 a.m., via teleconference, in advance of which the parties shall confer to discuss a joint proposed summary judgment briefing schedule and the possibility of mediating the case. The parties shall contact the Courtroom Deputy at (202) 354-3495 at least one business day prior to the hearing to make arrangements to participate.

**SO ORDERED.**

/s/ Timothy J. Kelly
TIMOTHY J. KELLY
United States District Judge

Date: May 28, 2025